**MERLIN LAW GROUP, P.A.**
Michael N. Poli, #006431
MPoli@merlinlawgroup.com
Lawrence R. Moon, #017000
LMoon@merlinlawgroup.com
Michael J. Ponzo, #028092
MPonzo@merlinlawgroup.com
2999 North 44th Street, Suite 520
Phoenix, Arizona 85018
Telephone: (480) 315-9980
Facsimile:  (480) 315-9984

**STEPHEN SILVERMAN LAW**
Stephen E. Silverman, #016757
steve@stephensilverman.com
6945 East Sahuaro Drive, Suite 125
Scottsdale, Arizona  85254

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anderson Phillips and Jasmine Phillips, husband and wife;<br><br>Plaintiffs,<br><br>vs.<br><br>State Farm Fire and Casualty Corporation, an Illinois corporation,<br><br>Defendant. | Case No. 2:19-cv-04605-GMS<br><br>**JOINT MOTION TO EXTEND DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS COUNTS III AND IV OF PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Plaintiffs Anderson Phillips and Jasmine Phillips ("Plaintiffs"), and Defendant State Farm Fire and Casualty Corporation ("Defendant") (collectively, the "Parties") hereby jointly move the Court to extend the deadline for Plaintiffs to file a Response to Defendant's Motion to Dismiss Counts III and IV of Plaintiffs' First Amended Complaint (Doc. 7) (the "Motion").

Defendants filed the Motion on July 8, 2019.  Pursuant to the Rules, Plaintiffs' Response is due 14 days later, or July 22, 2019. However, Plaintiffs' lead counsel who

T2273413.DOCX;2

will be primarily responsible for preparing Plaintiffs' response to Defendant's Motion, *i.e.*, Michael Poli, has been out of the country since last week and will not return until July 29, 2019, after the response deadline.  Therefore, the Parties respectfully request Plaintiffs be given until August 5, 2019 in which to file their Response.  This extension is not intended for purposes of delay or any other improper purpose.

RESPECTFULLY SUBMITTED this 22nd day of July, 2019.

MERLIN LAW GROUP, P.A.
AND
STEPHEN SILVERMAN LAW


By:    */s/ Lawrence R. Moon*
        Michael N. Poli
        Lawrence R. Moon
        Michael J. Ponzo
        Stephen E. Silverman
        *Attorneys for Plaintiffs*


BROENING OBERG WOODS & WILSON


By: */s/ Alicyn M. Freeman*
        Robert T. Sullivan
        Alicyn M. Freeman
        *Attorneys for Defendant*

T2273413.DOCX;2                                2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July22, 2019, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal to the following recipient:

Robert T. Sullivan
Alicyn M. Freeman
BROENING OBERG WOODS & WILSON
2800 North Central Avenue, Suite 1600
Phoenix, AZ 85004
Attorneys for Defendant State Farm Fire and Casualty

_/s/ Linda Gundelach_