# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anderson Phillips, et al., | No. CV-19-04605-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| State Farm Fire and Casualty Company, | |
| Defendant. | |

Pending before the Court is the parties' Joint Motion to Extend the Deadline for Plaintiffs to File a Response (Doc. 8) to Defendants' Motion to Dismiss Counts III and IV of Plaintiffs' First Amended Complaint, and good cause appearing,

**IT IS HEREBY ORDERED** granting the Joint Motion.

**IT IS FURTHER ORDERED** Plaintiffs shall have a one-time extension to August 5, 2019 in which to file its Response. No further extensions will be granted.

Dated this 22nd day of July, 2019.

G. Murray Snow
Chief United States District Judge