LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL AVENUE, SUITE 1600
PHOENIX, ARIZONA  85004
(602) 271-7700

Robert T. Sullivan (Ariz. Bar No. 022719)
rts@bowwlaw.com
Alicyn M. Freeman (Ariz. Bar No. 023916)
amf@bowwlaw.com
Alice M. Jones (Ariz. Bar No. 028062)
amj@bowwlaw.com
Minute Entries/Orders
cjg@bowwlaw.com

*Attorneys for Defendant State Farm Fire
and Casualty Company*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anderson Phillips and Jasmine Phillips, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>State Farm Fire and Casualty Company, an Illinois corporation,<br><br>Defendant. | No. 2:19-CV-04605-GMS<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT STATE FARM TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS COUNTS III AND IV OF THE FIRST AMENDED CLASS ACTION COMPLAINT (First Request)**<br><br>(Assigned to the Hon. G. Murray Snow) |

It is hereby stipulated by and among the parties and requested that this Court enter an Order approving the parties' Stipulation to Extend Deadline for Defendant State Farm Fire and Casualty Company to file its Reply in Support of its Motion to Dismiss Counts III and IV of the First Amended Class Action Complaint.  Plaintiff filed its Response to Defendant's Motion to Dismiss Counts III and IV of the First Amended Class Action Complaint on August 5, 2019.

The requested extension would extend the reply deadline two weeks, from August 12, 2019 to **August 26, 2019**.  This stipulated request for an extension is State Farm's first request, is made in good faith and is not made for the purpose of delay.

DATED this 8th day of August, 2019.

BROENING OBERG WOODS & WILSON, P.C.

By: */s/ Alicyn M. Freeman*
Robert T. Sullivan
Alicyn M. Freeman
2800 North Central Avenue, Suite 1600
Phoenix, Arizona 85004
*Attorneys for Defendant State Farm Fire and Casualty Company*

MERLIN LAW GROUP, P.A.

By: */s/ Michael N. Poli (with permission)*
Michael N. Poli
Lawrence R. Moon
2999 North 44th Street, Suite 520
Phoenix, Arizona 85018
*Attorneys for Plaintiffs*

STEPHEN SILVERMAN LAW

By: */s/ Stephen e. Silverman (with permission)*
Stephen E. Silverman
6945 E Sahuaro Drive, Suite 125
Scottsdale, Arizona 85254
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of August, 2019, I caused the attached documents to be electronically transmitted to the Clerk's office using CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants:

Michael N. Poli
Lawrence R. Moon
MERLIN LAW GROUP P.A.
2999 North 44th Street, Suite 520
Phoenix, AZ 85018
mpoli@merlinlawgroup.com
lmoon@merlinlawgroup.com
*Attorneys for Plaintiffs*

Stephen E. Silverman
STEPHEN SILVERMAN LAW
6945 East Sahuaro Drive, Suite 125
Scottsdale, Arizona 85254
steve@stephensilverman.com
*Attorney for Plaintiffs*

By */s/ Suzanne Beard*

3