# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anderson Phillips, et al., | No. CV-19-04605-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| State Farm Fire and Casualty Company, | |
| Defendant. | |

Pending before the Court is the parties' Stipulation to Extend Deadline (Doc. 12) for Defendant State Farm Fire and Casualty Company to file its Reply in Support of its Motion to Dismiss Counts III and IV of the First Amended Class Action Complaint, and good cause appearing therefor,

**IT IS HEREBY ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** Defendant State Farm shall have a one-time extension to **August 26, 2019** to file its Reply. No further extensions will be granted.

Dated this 9th day of August, 2019.

G. Murray Snow
Chief United States District Judge