Stephen E. Silverman, Bar No. 016757
**STEPHEN SILVERMAN LAW**
6945 E. Sahuaro Dr., Ste. 125
Scottsdale, Arizona 85254
Phone: (480) 747-0850
Fax: (480) 400-1065
steve@stephensilverman.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anderson Phillips, et al., | Case No. 2:19-cv-04605-GMS |
| Plaintiffs, | **MOTION TO WITHDRAW AS COUNSEL AS TO UNDERSIGNED COUNSEL ONLY AND WITH CONSENT** |
| vs. | |
| State Farm Fire and Casualty Company, | |
| Defendants | |

Pursuant to Local Rule Civ. 83.3, undersigned counsel only moves to withdraw as counsel of record for Plaintiffs, per the mutual agreement of undersigned counsel and Plaintiffs. Plaintiffs continued to be represented by Michael Poli, Lawrence Moon and Michael Ponzo. Plaintiffs' consent is attached at Exhibit 1.  A proposed order is at Exhibit 2.

DATED this 6th day of November, 2019.

STEPHEN SILVERMAN LAW

By: _____
Stephen E. Silverman
6945 E. Sahuaro Dr., Ste. 125
Scottsdale, Arizona 85254
*Attorney for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on this 6th day of November, 2019, a true and correct copy of the foregoing MOTION TO WITHDRAW was filed and serve on counsel for the parties via the Court's ECF/CM's system.

    */s/ Stephen E. Silverman*
    Stephen E. Silverman