# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anderson Phillips, et al., | No. CV-19-04605-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| State Farm Fire and Casualty Company, | |
| Defendant. | |

Pending before the Court is a Motion to Withdraw as Counsel (Doc. 16) filed by Stephen E. Silverman and client consent attached thereto,

**IT IS ORDERED** that the Motion is granted. Stephen Silverman and Stephen Silverman Law only is permitted to withdraw as counsel of record for the Plaintiffs, and is relieved of any and all further duties and responsibilities to Plaintiffs in this case.

Dated this 6th day of November, 2019.

_____

G. Murray Snow
Chief United States District Judge