LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 N. CENTRAL AVENUE, SUITE 1600
PHOENIX, ARIZONA  85004
(602) 271-7700

Robert T. Sullivan (Ariz. Bar No. 022719)
rts@bowwlaw.com
Alicyn M. Freeman (Ariz. Bar No. 023916)
amf@bowwlaw.com
Alice M. Jones (Ariz. Bar No. 028062)
amj@bowwlaw.com
Minute Entries/Orders
cjg@bowwlaw.com
*Attorneys for Defendant State Farm Fire
and Casualty Company*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anderson Phillips and Jasmine Phillips, husband and wife, | No. 2:19-CV-04605-GMS |
| Plaintiffs, | **STIPULATION OF DEADLINES FOR DISCLOSURE AND DISCOVERY** |
| vs. | |
| State Farm Fire and Casualty Company, an Illinois corporation, | (Assigned to The Honorable G. Murray Snow) |
| Defendant. | |

Pursuant to the Court's request, the parties met and conferred on January 23, 2020, regarding discovery deadlines and hereby submit this stipulated discovery schedule for the Court's consideration.  As background, the parties have taken the following depositions in this case.

Plaintiff Anderson Phillips, Deposition – March 30, 2018
Plaintiff Jasmine Phillips, Deposition – March 30, 2018
State Farm Claim Specialist Robert Gonzales, Deposition – April 4, 2018
Plaintiffs' Public Adjuster Justin Skipton, Deposition – April 12, 2018

Plaintiffs' Contractor David Fix, Deposition – May 4, 2018
State Farm Team Manger Abel Costales, Deposition – May 18, 2018
State Farm Claim Consultant Thomas Moss, Deposition – July 31, 2018

The parties hereby stipulate to the following discovery deadlines:

**a.     A deadline for the completion of fact discovery, which will also be the deadline for final supplementation of discovery responses under the MIDP:**

The parties request that the Court set deadlines through a class certification hearing at this time, and a further scheduling conference after Plaintiffs' motion for class certification is decided.  The parties propose a deadline of September 11, 2020 for the parties to complete discovery necessary for class certification.

**b.     Dates for full and complete expert disclosures under Federal Rule of Civil Procedure 26(a)(2)(A)-(C):**

The parties request that the Court set deadlines through a class certification hearing at this time, and a further scheduling conference after Plaintiffs' motion for class certification is decided.  The parties propose a deadline of October 9, 2020 for the parties to complete expert disclosures necessary for class certification.

**c.     A deadline for completion of all expert depositions:**

The parties request that the Court set deadlines through a class certification hearing at this time, and a further scheduling conference after Plaintiffs' motion for class certification is decided.  The parties propose a deadline of December 4, 2020 for the parties to complete expert depositions.

**d.     A date by which the parties shall have engaged in face-to-face good faith settlement talks:**

April 24, 2020

**e.     A deadline for filing dispositive motions:**

The parties request that the Court set deadlines through a class certification

hearing at this time, and a further scheduling conference after Plaintiff's motion for class certification is decided.  The parties propose a deadline of January 29, 2021 for Plaintiffs to file their Motion for Class Certification.  The parties propose that it have 60 days to file its Opposition to Plaintiffs' Motion for Class Certification and that Plaintiffs have 30 days to file any Reply in Support of their Motion for Class Certification.

DATED this 23rd day of January, 2020.

BROENING OBERG WOODS & WILSON, P.C.

By: /s/ Alicyn M. Freeman
Robert T. Sullivan
Alicyn M. Freeman
Alice M. Jones
2800 North Central Avenue, Suite 1600
Phoenix, Arizona 85004
*Attorneys for Defendant*
*State Farm Fire and Casualty Company*

MERLIN LAW GROUP P.A.

By: /s/ Michael N. Poli (with permission)
Michael N. Poli
Lawrence R. Moon
2999 North 44th Street, Suite 520
Phoenix, AZ 85018
*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of January, 2020, I caused the attached document to be electronically transmitted to the Clerk's office using CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants:

Michael N. Poli
Lawrence R. Moon
MERLIN LAW GROUP P.A.
2999 North 44th Street, Suite 520
Phoenix, AZ 85018
mpoli@merlinlawgroup.com
lmoon@merlinlawgroup.com
*Attorneys for Plaintiffs*


By */s/ Jane E. Stimbert*