## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anderson Phillips, et al., | No. CV-19-04605-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| State Farm Fire and Casualty Company, | |
| Defendant. | |

Pending before the Court is the parties' Stipulation of Deadlines for Disclosure and Discovery (Doc. 23), pursuant to the January 24, 2020 scheduling conference with the parties, the Court will grant the Stipulation setting a discovery schedule for class certification determination.

**IT IS HEREBY ORDERED** granting the parties' Stipulation and setting the discovery schedule for class certification determination below:

1. The parties shall complete fact discovery by **September 11, 2020**.

2. The parties shall complete expert disclosures by **July 24, 2020**.

3. The parties shall complete expert depositions by **September 11, 2020**.

4. All parties and their counsel shall meet in person and engage in face-to-face good faith settlement talks by **April 24, 2020**.

5. Plaintiff shall file their Motion for Class Certification no later than **November 6, 2020**.

6.    Opposition to Plaintiff's Motion for Class Certification is due on **January 5, 2021**.

7.    Reply in Support of the Motion for Class Certification is due **February 4, 2021**.

**IT IS FURTHER ORDERED t**he Rule 16 Scheduling Conference shall be set to a date following the Court' ruling on class certification.

**IT IS FURTHER ORDERED** directing the parties to notify the Court should the case settle following the March 3, 2020 mediation.

Dated this 24th day of January, 2020.

G. Murray Snow
Chief United States District Judge

- 2 -