**POLI, MOON & ZANE, PLLC**
Michael N. Poli, #006431
mpoli@pmzlaw.com
Lawrence R. Moon, #017000
lmoon@pmzlaw.com
2999 North 44th Street, Suite 325
Phoenix, Arizona 85018
Telephone: (602) 857-8180
Facsimile:  (602) 857-7333
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anderson Phillips and Jasmine Phillips, husband and wife; | Case No. 2:19-cv-04605-GMS |
| Plaintiffs, | **MOTION TO SUBSTITUTE LAW FIRM ONLY (NOT ATTORNEYS OF RECORD)** |
| vs. | |
| State Farm Fire and Casualty Corporation, an Illinois corporation, | |
| Defendant. | |

Plaintiffs Anderson Phillips and Jasmine Phillips hereby move the Court for an Order substituting the law firm of Poli, Moon & Zane, PLLC in place of Merlin Law Group, P.A.  Attorneys Michael Poli and Lawrence Moon, formerly of Merlin Law Group, P.A. will continue to represent Plaintiffs in this matter.  All future pleadings, notices, and other documents should be directed to the Plaintiffs at the following address:

Michael N. Poli
Lawrence R. Moon
POLI, MOON & ZANE, P.L.L.C.
2999 N. 44th Street, Suite 325
Phoenix, Arizona 85018
Telephone:  (602) 857-8180
Facsimile:  (602) 857-7333
mpoli@pmzlaw.com
lmoon@pmzlaw.com

T2407877.DOCX;1

Plaintiffs are not requesting an extension of any deadlines, and the parties have agreed to a mediation, currently scheduled for March 3, 2020.

DATED this 7th day of February, 2020

MERLIN LAW GROUP, P.A.


By:   /s/ Lawrence R. Moon
        Michael N. Poli
        Lawrence R. Moon
        *Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2020, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal to the following recipient:

Robert T. Sullivan
Alicyn M. Freeman
Alice M. Jones
BROENING OBERG WOODS & WILSON
2800 North Central Avenue, Suite 1600
Phoenix, AZ 85004
Attorneys for Defendant State Farm Fire and Casualty


/s/ Linda Gundelach

T2407877.DOCX;1                                           2