# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anderson Phillips, et al., | No. CV-19-04605-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| State Farm Fire and Casualty Company, | |
| Defendant. | |

Pending before the Court is Plaintiffs' Motion to Substitute Law Firm Only (Doc. 27), and good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiffs' Motion to Substitute Law Firm Only.

**IT IS FURTHER ORDERED** directing Plaintiffs' to file with the Clerk of Court a Notice of name, address, firm name and e-mail address change within fourteen (14) days of the date of this Order to ensure counsel receives all future pleadings, notices and other documents.  LRCiv 83.3(d).

Dated this 11th day of February, 2020.

_____
G. Murray Snow
Chief United States District Judge