LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 N. CENTRAL AVENUE, SUITE 1600
PHOENIX, ARIZONA 85004
(602) 271-7700

Robert T. Sullivan (Ariz. Bar No. 022719)
rts@bowwlaw.com
Alicyn M. Freeman (Ariz. Bar No. 023916)
amf@bowwlaw.com
Alice M. Jones (Ariz. Bar No. 028062)
amj@bowwlaw.com
Minute Entries/Orders
cjg@bowwlaw.com
*Attorneys for Defendant State Farm Fire
and Casualty Company*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anderson Phillips and Jasmine Phillips, husband and wife, | No. 2:19-CV-04605-GMS |
| Plaintiffs, | **JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| State Farm Fire and Casualty Company, an Illinois corporation, | (Assigned to The Honorable G. Murray Snow) |
| Defendant. | |

Plaintiffs and Defendant, by and through undersigned counsel, hereby stipulate and jointly move the court to dismiss all claims asserted by Anderson Phillips and Jasmine Phillips with prejudice and to dismiss all putative class claims without prejudice, with each party to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

DATED this 23rd day of March, 2020.

                                    BROENING OBERG WOODS & WILSON, P.C.


                                    By */s/ Alicyn M. Freeman*
                                        Robert T. Sullivan
                                        Alicyn M. Freeman
                                        2800 North Central Avenue, Suite 1600
                                        Phoenix, Arizona  85004
                                        *Attorneys for Defendant State Farm Fire and*
                                        *Casualty Company*


                                    POLI, MOON & ZANE, P.L.L.C.


                                    By: */s/ Michael N. Poli (with permission)*
                                        Michael N. Poli
                                        Lawrence R. Moon
                                        2999 North 44th Street, Suite 325
                                        Phoenix, AZ 85018
                                        *Attorneys for Plaintiffs*

2

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of March, 2020, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal to the CM/ECF registrants:

Michael N. Poli
Lawrence R. Moon
POLI, MOON & ZANE, P.L.L.C.
2999 North 44th Street, Suite 325
Phoenix, AZ 85018
mpoli@pmzlaw.com
lmoon@pmzlaw.com
*Attorneys for Plaintiffs*


By */s/ Suzanne Beard*