# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anderson Phillips, et al., <br> Plaintiffs, <br> v. <br> State Farm Fire and Casualty Company, <br> Defendant. | No. CV-19-04605-PHX-GMS <br> **ORDER** |

Pursuant to the parties' Joint Motion and Stipulation for Dismissal (Doc. 30) and good cause appearing,

**IT IS HEREBY ORDERED** that the claims asserted by Anderson Phillips and Jasmine Phillips are dismissed with prejudice each party to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that the claims asserted by the putative class members are dismissed without prejudice and this action can be terminated in its entirety.

Dated this 23rd day of March, 2020.

_____
G. Murray Snow
Chief United States District Judge